DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BERT BIRMINGHAM

Debtor(s)

Chapter 13
Case No. 16-53437 MEH

**SECOND AMENDED**
TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

Confirmation Date: N/A – Trustee's Pending List

Judge: M. Elaine Hammond

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Third Amended Chapter 13 Plan, filed on November 21, 2017 [Docket #48], does not meet the duration limitation in 11 U.S.C. §1322(d) because the Plan in Section 1.01 a. provides for payments over a period that is longer than five years. *NOTE:* The term of the Third Amended Chapter 13 Plan is 63 months.

//
//
//
//

Trustee's Objection to Confirmation–16-53437 MEH

2. The Debtor has failed to comply with 11 U.S.C. §521(e)(2)(A)(i) and (B), in that he has not provided the Trustee with a copy of his 2016 federal income tax return and state tax return. Additionally, the Debtor must provide copies of his 2016 W-2 wage and tax statements. Until the Debtor provides the requested information, the Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4) and is unable to recommend confirmation.

3. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee requests that the Debtor provide her with a copy of each federal and state income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor's ending while the case is pending confirmation. The tax return shall be provided to her at the same time it is filed with the taxing authority.

4. The Trustee is unable to determine whether the Third Amended Chapter 13 Plan, filed on November 21, 2017 [Docket #48], meets the feasibility test in 11 U.S.C. §1325(a)(6) because the Plan payments substantially increase during the pendency of the case. The Trustee requests that the Debtor file a declaration, signed under penalty of perjury, which explains how the increased Plan payments will be funded.

Dated: November 30, 2017          /S/ Devin Derham-Burk

                                  _____
                                  Chapter 13 Trustee

Trustee's Objection to Confirmation–16-53437 MEH

Case: 16-53437    Doc# 49    Filed: 11/30/17    Entered: 11/30/17 16:29:51    Page 2 of 3

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Second Amended Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 30, 2017.

Said envelopes were addressed as follows:

| | |
|---|---|
| BERT BIRMINGHAM<br>1565 E MIDDLE AVE<br>SAN MARTIN, CA 95046 | CHARLES GREENE ESQ<br>84 W SANTA CLARA ST #800<br>SAN JOSE, CA 95113 |

/S/ Erin Chew_____
Office of Devin Derham-Burk, Trustee