DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

The following constitutes
the order of the court. Signed January 30, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In Re:

BERT BIRMINGHAM

                Debtor

Chapter 13

Case No. 16-53437 MEH

**ORDER CONFIRMING PLAN**

    The Debtor filed an Amended Plan under Chapter 13 of the Bankruptcy Code on January 24, 2018, a copy of which was served on creditors.

    The court's decision in *In re Escarcega,* 557 B.R. 755 (Bankr. N.D.Cal. 2016) is adopted by reference if the plan being confirmed was amended before being confirmed to take account of that decision or if the plan being confirmed was filed "under duress."

    After hearing on notice on January 26, 2018, the Court finds that the Plan complies with 11 U.S.C. § 1325(a), and other applicable bankruptcy laws, rules and procedures.

    THEREFORE, IT IS ORDERED THAT:

1. The Debtor's Amended Plan filed on January 24, 2018 is confirmed.
2. The future income of the Debtor shall be submitted to the supervision and control of DEVIN DERHAM-BURK, Trustee herein, as is necessary for the execution of the Plan.

3. Any creditor whose claim is entirely disallowed by final non-appealable order, and any creditor listed in the Debtor's original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtor or the Trustee, unless such creditor files a request for special notice with the Court, and serves such request on the Trustee and Debtor's attorney. Notwithstanding the above, if any proposed action would directly and adversely impact a creditor, that creditor must be given notice of any motion or application.

4. Until the Plan is completed, or until the case is dismissed or converted to a different chapter of the Bankruptcy Code, the Debtor shall pay, pursuant to the terms of the Plan, to the Trustee the sum of: $850.00 X 12 mos; $1,000.00 X 36 mos; $4,600.00 thereafter no later than the last day of each month, at PO BOX 50009, SAN JOSE, CA 95150-0009

5. If the Debtor fails to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtor shall, within twenty-one (21) days of said notice: 1) cure the default; 2) meet and confer with the Trustee and enter into an agreement resolving the default in a manner acceptable to the Trustee; OR 3) file and serve a Motion to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the Plan pursuant to the Distribution Order Regarding Model Chapter 13 Plan (February 1, 2016) San Jose Distribution Order ("Distribution Order"). In the event of any conflict between the Plan and the Distribution Order regarding payments under the Plan, the terms of the Distribution Order shall govern.

*** END OF ORDER ***

# COURT SERVICE LIST

Case Name:  BERT BIRMINGHAM                                    Case No.:  16-53437 MEH

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE