UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:   					Chapter 13
BERT BIRMINGHAM,				Case No. 16-53437 meh

Debtor(s)_____/	MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

XX   1.   With respect to the monthly plan payments of $850.00, those payments shall:
             be suspended for the months of _____
   XX     be changed to $850.00 for months 1-12, then increase to $1,000.00 for months 13-15, then increased to $4,900.00 for month 16 through plan completion.
   ___    be decreased to _____, effective _____.
   ___    [other]

XX   2.   With regard to secured claims:
   ___    to treat the claim(s) of additional creditors as secured, as follows:

| Creditor Name | Value of Collateral | Monthly Pmt (if fixed) | Interest Rate (must be specified) |
|---|---|---|---|
| Estate of Sergio Roldan | $550,000.00 | $2,000.00 | |
| David Hammerslough | $550,000.00 | $2,000.00 | |

   ___    to change the treatment of certain secured claims, as follows:

| Creditor Name | Value of Collateral | Monthly Pmt (if fixed) | Interest Rate (must be specified) |
|---|---|---|---|

   ___    to treat as unsecured, the claims of the following creditors which were previously treated as secured.

___  3.   With regard to general unsecured claims, to change the dividend paid:
          ___  from _____ % to _____ %
          ___  from a pot plan* of $_____ to a pot plan* of $_____
          ___  from a percentage plan at _____ % to a pot plan* of $_____
          ___  from a pot plan* of $_____ to a percentage plan at _____%
          * A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

XX   4.   Other modifications: Paragraph 2.04 to add Estate of Sergio Roldan, debt $85,000.00 and David Hammerslough, debt $110,000.00 as secured creditors.

     5.   Debtor(s') reason(s) for requesting the above modification are: Creditors Sergio Roldan and David Hammerslough have secured claims against the Debtor's real property located at 1050 Ortega Drive, Gilroy, and their claims totaling approximately $195,000.00 need to be paid in full.

     6.   The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated: March 12, 2018.                   /s/ Charles B. Greene
Rev. 2/05                                [Attorney for] Debtor(s)