UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:       Chapter 13
    Case No. 16-53437 meh

BERT BIRMINGHAM,

    NOTICE OF OPPORTUNITY FOR HEARING;
Debtor(s)_____/   CERTIFICATE OF SERVICE

    NOTICE IS HEREBY GIVEN that the Debtor(s) have filed a Motion to Modify Chapter 13 Plan.  Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): 1) any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of the U.S. Bankruptcy Court at the address listed below, and served on the Debtor(s') attorney and the Chapter 13 Trustee as listed below, within twenty-one (21) days of mailing of the notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtor(s') attorney will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to the Chapter 13 Trustee in the case, in the event an objection or request for hearing is timely made.

Dated: March 12, 2018.      /s/ Charles B. Greene_____
    CHARLES B. GREENE
    [Attorney for] Debtor(s)

Court's Address:     Chapter 13 Trustee:
Clerk, United States Bankruptcy Court     Devin Derham-Burk
280 S. First St., Room 3035     PO Box 50013
San Jose CA 95113     San Jose CA 95150

CERTIFICATE OF SERVICE

    I am not less than 18 years of age and not a party to the within case.  My business address is 84 W. Santa Clara St., Ste. 800, San Jose, California, 95113.  I served this NOTICE and the associated MOTION TO MODIFY CHAPTER 13 PLAN by first-class United States mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices.  The Chapter 13 Trustee will receive such notice upon the electronic filing of this document.  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 12, 2018 at El Dorado Hills, California.

    /s/ Danielle J. King_____
    DANIELLE J. KING

| Label Matrix for local noticing | Intero Lincoln Real Estate Services | U.S. Bank Trust, N.A., as Trustee for LSF9 M |
|---|---|---|
| 0971-5 | 2061 Lincoln Ave. | c/o McCarthy & Holthus, LLP |
| Case 16-53437 | San Jose, CA 95125-3538 | 1770 Fourth Avenue |
| Northern District of California | | San Diego, CA 92101-2607 |
| San Jose | | |
| Mon Mar 12 16:24:17 PDT 2018 | | |
| U.S. Bankruptcy Court | BANK OF AMERICA, N.A. | Bank of America |
| 280 South First Street | PO BOX 31785 | P.O. Box 650070 |
| Room 3035 | Tampa, FL 33631-3785 | Dallas, TX 75265-0070 |
| San Jose, CA 95113-3099 | | |
| Bert Birmingham | Caliber Home Loans | Office of the U.S. Trustee / SJ |
| 1565 E. Middle Ave. | P.O. Box 650856 | U.S. Federal Bldg. |
| San Martin, CA 95046-9224 | Dallas, TX 75265-0856 | 280 S 1st St. #268 |
| | | San Jose, CA 95113-3004 |
| Quality Loan Service Corp. | Santa Clara County Tax Collector | Sergio Roldan |
| 411 Ivy St. | 70 W. Hedding St. | c/o David Hammerslough, Esq. |
| San Diego, CA 92101-2108 | San Jose, CA 95110-1771 | 1950 The Alameda, Ste. 200 |
| | | San Jose, CA 95126 |
| U.S. Bank Trust, N.A., as Trustee | Charles B. Greene | Devin Derham-Burk |
| c/o Caliber Home Loans, Inc. | Law Offices of Charles B. Greene | P.O. Box 50013 |
| 13801 Wireless Way | 84 W Santa Clara St. #800 | San Jose, CA 95150-0013 |
| Oklahoma City, OK 73134-2500 | San Jose, CA 95113-1810 | |
| Kari Silva Bowyer | Sergio Rafael Roldan | |
| Chapter 7 Trustee, Case No. 17-50794 MEH | c/o RHRC | |
| c/o Gregg S. Kleiner, Esq. | 1960 The Alameda | |
| Rincon Law LLP | Ste 200 | |
| 268 Bush Street, Suite 3335 | San Jose, CA 95126-1451 | |
| San Francisco, CA 94104-3503 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)U.S. Bank Trust, N.A., as Trustee for LSF9 | (d)Bert Birmingham | End of Label Matrix | |
|---|---|---|---|
| C/O McCarthy & Holthus, LLP | 1565 E. Middle Ave. | Mailable recipients | 16 |
| 1770 Fourth Avenue | San Martin, CA 95046-9224 | Bypassed recipients | 2 |
| San Diego, CA 92101-2607 | | Total | 18 |