DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:  )
  )
Bert Birmingham  ) Chapter 13
  ) Case No. 16-53437 MEH
  )
  ) TRUSTEE'S OBJECTION TO DEBTOR'S
  ) MOTION TO MODIFY CHAPTER 13 PLAN
  ) AND REQUEST FOR HEARING with
  ) CERTIFICATE OF SERVICE
  )
  )
  )
  )
         Debtor  )

Devin Derham-Burk, Trustee in the above matter, hereby requests a hearing be brought before the above entitled Court to determine whether or not the debtor should be allowed to modify the Chapter 13 plan as requested. The Trustee objects to the debtor's Motion to Modify Chapter 13 Plan filed on March 12, 2018 for the following reason: The terms of the proposed modification are not in a format consistent with the model plan confirmed on January 26, 2018. The Trustee requests that the Modified Plan be further modified.

Dated: March 27, 2018                         /S/ Devin Derham-Burk
                                              _____
                                              Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Debtor's Motion to Modify Chapter 13 Plan by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 27, 2018.

Said envelopes were addressed as follows:

| Bert Birmingham | Charles Greene Esq |
| --- | --- |
| 1565 E Middle Ave | 84 W Santa Clara St #800 |
| San Martin, CA 95046 | San Jose, CA 95113 |

/S/ Filipa Gomes

Office of Devin Derham-Burk, Trustee