The following constitutes
the order of the court. Signed April 18, 2018

*M. Elaine Hammond* (signature)

**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Bert Birmingham,

           Debtor.

Case No. 16-53437 MEH

Chapter 13

Date: April 18, 2018
Time: 9:30 a.m.
Ctrm: 3020

## ORDER DENYING MOTION TO MODIFY

Debtor in the above-captioned case filed a motion to modify his confirmed chapter 13 plan. (the "Motion") (Dkt. #63). The Chapter 13 Trustee and the Chapter 7 Trustee (as representative of a separate bankruptcy estate) filed objections to the Motion. A hearing was held on April 18, 2018 at 9:30 a.m. Appearances were as stated on the record. For the reasons stated on the record, the Motion is hereby

DENIED.

**END OF ORDER**

**COURT SERVICE LIST**

**Via ECF:**

All ECF Recipients