CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 800
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.: 16-53437 meh |
| | ) | |
| BERT BIRMINGHAM, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | DECLARATION OF JEFF WHALEN IN |
| | ) | SUPPORT OF MOTION TO |
| | ) | MODIFY CHAPTER 13 PLAN |
| | ) | |
| | ) | Date:  May 10, 2018 |
| | ) | Time:  9:30 a.m. |
| | ) | Judge M. Elaine Hammond |
| | ) | |

I, JEFF WHALEN, hereby declare as follows:

1.      I am the son of the Debtor herein.  I make this declaration based upon my own personal knowledge.  If called as a witness to testify in this proceeding, my testimony would be substantially in conformance with the statements herein.

2.      I have been, during the course of the Chapter 13, contributing to the Debtor's monthly payments owed to the Chapter 13 Trustee.  The Debtor has income that he receives on account of pension and social security.  He has not been able, over the last number of months, to earn his customary wages and salary as a pipe fitter because of various health issues.  Consequently, I have been contributing increased amounts to him for his living expenses (and that of my mother who resides with him) as well as the Chapter 13 plan payments.

3.      My sources of income are from two businesses.  I own a dairy ranch and sell milk commercially.  I also operate a trucking business which is involved in the hauling of dirt and other materials from commercial building projects and road construction projects.  I have had both of these businesses for a number of years.  From the monthly operations of the two

DECLARATION

1

businesses, I have averaged over the last 12-18 months approximately $35,000.00 to $60,000.00 in gross revenue. The expenses of the operations of the two businesses are paid each month and I have personal expenses which I pay from the balance of net revenues. After paying my personal expenses and the business expenses, I have averaged between $4,500.00 to approximately $7,500.00 per month.

4. I am single and I do not have any domestic support obligations. I am not subject to any levies or assessments on my bank accounts by any federal or state taxing authority.

5. I have the financial ability to contribute towards and to pay to my father for his use to pay the Chapter 13 Trustee the increased payments which are referred to in the motion to modify his Chapter 13 plan. Further, if it is determined by the Court or by the Trustee that the amounts due to the Chapter 7 Trustee of Mr. Roldan are such that the proposed modification payments need to be increased, I am able to contribute additional amounts towards the modification.

6. Also, I wish to state to the Court that I understand that the modification which is sought by my father cannot mitigate or change the order previously issued by the Court granting relief from the automatic stay. I understand that it is a final order, and my father understands that also.

7. I am requesting that the Court issue an order granting the motion to modify the Debtor's Chapter 13 plan.

I DECLARE under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated May 7, 2018.

/s/ Jeff Whalen
**JEFF WHALEN**
**Declarant**

DECLARATION

2