```
Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
Email: christinao@mclaw.org

Attorney for Movant
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>Bert Birmingham,<br>               Debtor. | Bankruptcy Case No. 16-53437<br>R.S. No. CJO-791<br>Chapter 13 |
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact, and its successors and/or assignees,<br>               Movant,<br>vs.<br>Bert Birmingham, Debtor, and Devin Derham-Burk, Trustee,<br>               Respondents. | **STIPULATION FOR ADEQUATE PROTECTION RE: MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**HEARING DATE:**<br>DATE: November 9, 2018<br>TIME: 10:00 a.m.<br>CTRM: 3020 |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

      This Stipulation for Adequate Protection ("Stipulation") by and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact, ("Movant") through its counsel of record, Christina J. O of Malcolm ♦ Cisneros, and Bert Birmingham ("Debtor"), through counsel of record, Charles B. Greene of Law Offices of Charles B. Greene, is as follows:

STIPULATION FOR ADEQUATE PROTECTION           1

**IT IS HEREBY STIPULATED:**

1. This Stipulation affects the real property commonly 1565 E. Middle Avenue, San Martin CA 95046, ("the Property").

2. The Debtor shall timely perform all obligations under Movant's loan documents as they come due.

3. The Debtor is post-petition delinquent in the amount of $58,771.70 through and including the November 2018 post-petition payment.

4. The Debtor shall tender a payment in the amount of $4,205.00 on or before November 16, 2018. Debtor shall cure the remaining balance of $54,566.70 in full on or before December 19, 2018 by making a payment to cure the remaining balance.

5. In the event the Debtor fails to timely perform any obligations set forth in this Stipulation for Adequate Protection, Movant shall notify the Debtor and the Debtor's attorney of record of said default in writing. The Debtor shall have ten (10) calendar days from the date of the written notification to cure the default.

6. If the Debtor fails to cure the default, Movant shall be entitled to lodge an Order Terminating the Automatic Stay. A Declaration shall accompany the Order which states that Movant duly notified the Debtor and the Debtor's attorney of record of the default and that the default was not timely cured. The Order may be entered without further hearing. The Declaration and Proposed Order may be served on Debtor and Debtor's counsel.

7. Notwithstanding anything contained herein to the contrary, the Debtor shall be entitled to a maximum of three (3) notices of default and opportunities to cure pursuant to the preceding paragraph. Once Debtor has defaulted this number of times on the obligations imposed by this stipulation and have been served with this number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will be entitled, without first servicing a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failure to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

8. All payments made under this Stipulation for Adequate Protection shall be sent to the following address:

> Caliber Home Loans
> PO Box 650856
> Dallas TX 75265-0856

9. In the event this case is converted to another Chapter of the Bankruptcy Code or the automatic stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and become null and void.

10. Payments made to Movant pursuant to this Stipulation for Adequate Protection shall not prejudice its rights under its Note, Deed of Trust, Notice of Default, or Publication of Sale, if any.

11. The Proof of Claim may be amended/supplemented to include attorney's fees and costs, pursuant to the Note and Deed of Trust.

12. The Parties request that the hearing scheduled for November 9, 2018 at 10:00 a.m. be taken off calendar.

**APPROVED AS TO FORM AND CONTENT:**

| DATED: November 8, 2018 | DATED: November 9, 2018 |
|---|---|
| */s/ Charles B. Greene*<br>Charles B. Greene<br>Attorney for Debtor | */s/ Christina J. O*<br>Christina J. O<br>Attorney for Movant |

** END OF STIPULATION **

STIPULATION FOR ADEQUATE PROTECTION  3