

Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
Email: christinao@mclaw.org

Attorney for Movant

The following constitutes the order of the Court.
Signed: November 13, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Bert Birmingham,<br><br>                Debtor.<br><br>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact, and its successors and/or assignees,<br><br>                Movant,<br>vs.<br><br>Bert Birmingham, Debtor, and Devin Derham-Burk, Trustee,<br><br>                Respondents. | Bankruptcy Case No. 16-53437<br><br>R.S. No. CJO-791<br><br>Chapter 13<br><br>ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION |

     The court has reviewed and considered the Stipulation for Adequate Protection entered into by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact, and its successors and/or assignees, ("Movant") through its counsel of record, Christina J. O of Malcolm & Cisneros, and Bert Birmingham, Debtor, through counsel of record, Charles B. Greene of Law Offices of Charles B. Greene ("Debtor").

     **IT IS HEREBY ORDERED** that the Stipulation entered into by the Parties on November 9, 2018, as Docket No. 86 is approved and made an order of the court.

**END OF ORDER**

COURT SERVICE LIST