Entered on Docket
March 05, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



CHRISTINA O, #266845
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: christinao@mclaw.org

Attorneys for Movant

The following constitutes the order of the Court.
Signed: March 4, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Bert Birmingham,<br><br>              Debtor,<br><br>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact and its successors and/or assignees,<br><br>              Movant,<br>vs.<br><br>Bert Birmingham, Debtor and Devin Derham-Burk, Trustee,<br><br>              Respondents, | Bankruptcy Case No. 16-53437<br><br>RS No. CJO-791<br><br>Chapter 13<br><br>**ORDER TERMINATING AUTOMATIC STAY UPON BREACH OF ADEQUATE PROTECTION ORDER** |

On November 13, 2018, the above-entitled Court entered an Order Approving Stipulation for Adequate Protection ("Agreed Order"). Pursuant to the terms of the Agreed Order, the Debtor was required to cure the post-petition default by making a payment in the amount of $4,205.00 on or before November 16, 2018 and by making the balance of $54,566.70 in full on or before December 19, 2018. The Debtor is delinquent in payments in the total amount of $67,181.70 through January 29, 2019. Under the terms of the Order, Movant is entitled to entry of

an Order Terminating the Automatic Stay in the event the Debtor does not cure the default after ten (10) days written notice to Debtor and Debtor's attorney of said default and opportunity to cure. The Debtor has failed to cure the default. Additionally, more payments have come due since the Notice of Default was mailed.

The Court, having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the automatic stay herein, hereby makes its Order as follows:

IT IS HEREBY ORDERED that in regard to the real property located at **1565 E Middle Ave, San Martin, CA 95046,** the automatic stay is terminated as to the Debtor and the Bankruptcy Estate.

** END OF ORDER **

COURT SERVICE LIST