CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 800
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re ) Case No.: 16-53437 meh
)
BERT BIRMINGHAM, ) Chapter 13
)
Debtor. ) DECLARATION OF CHARLES B.
) GREENE IN OPPOSITION TO
) DISMISSAL OF CHAPTER 13 CASE
)
) Judge M. Elaine Hammond

I, CHARLES B. GREENE, hereby declare as follows:

1. I am the attorney of record for the Debtor herein. I make this declaration based upon my own personal knowledge. If called as a witness to testify in this proceeding, my testimony would be substantially in conformance with the statements herein.

2. I received from the Trustee's Office on or about February 22, 2019 a "Notice of Default and Demand for Cure." Said document state that my client was $2,000.00 in arrears in Chapter 13 plan payments.

3. I communicated to my client in writing on or about February 23, 2019 that the $2,000.00 defaulted amount would have to be paid to the Trustee within 21 days of the Notice (that is, by March 13, 2019, or alternatively, that we could meet and confer with the Trustee and enter into an agreement describing how the cure of the default would be made, or that I would file a motion to modify the plan). My client advised me that he would cure the amount by March 13th.

4. On March 15, 2019, I received a telephone call from my client's son, Mr. Jeff Whalen, who advised me that his father had not sent in the $2,000.00 to cure the default by the deadline date

and that Mr. Whalen would be sending the $2,000.00 by March 18th or March 19th.

5. I spoke to Mr. Whalen on March 19th and he advised me that he had just sent a cashier's check for $2,000.00 to the Trustee's Office.

6. I am requesting that the Court not enter an order dismissing his bankruptcy case, and that the Court allow at least until March 22, 2019 before the payment that Mr. Whalen stated that he mailed out to be received by the Trustee's Office. If not received by close of business by March 22, 2019 and the Trustee so advises the Court, the Court may enter an order dismissing the Chapter 13.

I DECLARE under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated March 21, 2019.

                                          **/s/ Charles B. Greene**
                                          **CHARLES B. GREENE**