CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 800
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re ) Case No.: 16-53437 meh
)
BERT BIRMINGHAM, ) Chapter 13
)
Debtor. ) APPLICATION FOR EX PARTE
) ORDER EXTENDING TIME TO
) FILE POST-FILING FINANCIAL
) MANAGEMENT COURSE
)
_____ ) **Judge M. Elaine Hammond**

DEBTOR, BERT BIRMINGHAM, hereby requests of the Court for an order as follows:

1. Debtor filed his Chapter 13 petition on December 7, 2016.

2. Debtor has paid his Chapter 13 plan payments in accordance with the Chapter 13 plan.

3. On January 14, 2019, the Chapter 13 Trustee posted the last and final payment of the Chapter 13 plan required to be made by the Debtor. As of that date, the Debtor had not completed his post-filing financial management course.

4. On April 17, 2019, the Debtor completed the post-filing financial management course, received his certificate of completion, and are prepared to file such certificate with the Bankruptcy Court.

5. Debtor is requesting an order issued by the Court, ex parte, allowing the Debtor until April 23, 2019, to file with the Court his post-filing financial management course certificate.

DATED April 23, 2019.

/s/ Charles B. Greene
**CHARLES B. GREENE**
**Attorney for Debtor**