CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 800
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re ) | Case No.: 16-53437 meh |
| ) | |
| BERT BIRMINGHAM, ) | Chapter 13 |
| ) | |
| Debtor. ) | DEBTOR'S DECLARATION RE. PENDING PROCEDURES |
| ) | |
| ) | Judge M. Elaine Hammond |

I, BERT BIRMINGHAM, hereby declare as follows:

1. I am the Debtor herein. I make this declaration based upon my own personal knowledge. If called as a witness to testify in this proceeding, my testimony would be substantially in conformance with the statements herein.

2. I am not a party to a lawsuit where I may be found guilty of certain types of felonies described in 11 U.S.C. §522(q)(1)(A), and am not liable for certain types of debts described in 11 U.S.C. §522(q)(1)(B).

3. I have not been convicted of a felony as defined in Section 3156 of Title 18.

4. I do not owe any debts arising from any violation of any federal or state securities laws, regulations or orders, or any debt arising from fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under Section 12 or 15(d) of the Securities Exchange Act of 1934 or under Section 6 of the Securities Act of 1933; or any debt arising from any civil remedy under Section 1964 of Title 18, or any debt

arising out of any criminal act, intentional tort, willful or reckless misconduct that caused serious physical injury or death to any individual in the preceding 5 years.

I DECLARE under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED May 14, 2019.

        /s/ Bert Birmingham
        **BERT BIRMINGHAM**
        **Debtor**